NINA WILDER (CA SBN 100474)
WEINBERG & WILDER
523 OCTAVIA STREET
SAN FRANCISCO, CA 94102
Tel. (415) 431-3472
Fax: (415) 552-2703
E-Mail: ninawilder@aol.com

Attorneys for Defendant
SION LIM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0051 CW |
| Plaintiff, ) | **STIPULATION AND TRAVEL ORDER** |
| vs. ) | |
| KEVIN THOMPSON, ET AL. ) | |
| Defendants. ) | |

IT IS HEREBY AGREED by the parties, through their respective attorneys, that defendant Sion Lim's request for leave to travel with his wife outside the United States to celebrate their tenth anniversary should be granted. Defendant is permitted to travel to Istanbul, Turkey, departing the United States for March 27, 2006 and returning to the United States on April 11, 2006.

Travel is conditioned on defendant's providing notice, an itinerary and contact numbers abroad to Pretrial Services and the government in advance of travel. Defendant shall surrender

///

///

TRAVEL ORDER (CR 06-0051CW)
(SION LIM)                                              1

his passport immediately upon his return, and comply with all terms of his bond while traveling and shall maintain contact with Pretrial Services as directed.

Dated: March 17, 2006                    KEVIN V. RYAN
                                         United States Attorney

                                          /s
                                         MAUREEN C. BISSETTE
                                         Assistant United States Attorney

Dated:  March 16, 2006                   WEINBERG & WILDER

                                          /s
                                         NINA WILDER
                                         Attorneys for Defendant
                                         SION LIM

IT IS SO ORDERED.

Dated:  March 21, 2006
                                         HONORABLE WAYNE D. BRAZIL
                                         United States Magistrate Judge