UNITED STATES DISTRICT COURT

Northern District of California

**FILED**
NOV 7 – 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff(s),<br>   v.<br><br>SION LIM,<br><br>          Defendant(s).<br>_____/ | No. CR-06-00051- CW  (WDB)<br><br>**COURT TAKING JUDICIAL NOTICE OF THE DEFENDANT'S VIOLATION AND MODIFYING CONDITIONS OF HIS PROBATION** |

   On November 6, 2006, defendant Sion Lim appeared before this Court to be advised of the allegation that he violated the standard condition of probation prohibiting him from committing another federal, state, or local crime as charged in the "Amended Petition for Summons for Offender Under Supervision" that was filed on October 17, 2006.

   Pursuant to the recommendation of Probation Officer Kenneth J. Gibson, and without objection from either the government or the defendant, the Court hereby enters the following Orders:

   (1) The Court takes judicial notice of the defendant's reported violation of his probation and will not hold a revocation hearing;

   (2) The Court allows the defendant to continue on probation but adds to the conditions with which he must comply as follows:

      (a) The defendant shall submit his person, residence, office, vehicle, and any other property under his control to a search.  Such a search shall be conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to such a search may be grounds for revocation.  The defendant shall warn any other people who reside with him that

    the premises may be subject to searches;

(b) The defendant may import flora or fauna only from countries that have signed the Convention on International Trade in Endangered Species of Wild Flora and Fauna (CITES);

(c) The defendant must keep contemporaneous written records of all purchases of flora or fauna.

IT IS SO ORDERED.

Dated: 11-07-06

WAYNE D. BRAZIL
United States Magistrate Judge

cc:   WDB's Stats, Copy to parties via ECF, Probation